THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Alfred Osborne,       
Petitioner,
 
 
 

v.

 
 
 
State of South Carolina,       
Respondent.
 
 
 

Appeal From Spartanburg County
Gary E. Clary, Trial Judge
J. Michael Baxley, Post-Conviction 
 Relief Judge

Memorandum Opinion No. 2005-MO-002
Submitted December 31, 2004  Filed 
 January 24, 2005

AFFIRMED

 
 
 
Assistant Appellate Defender Robert  M. Pachak, of the Office of Appellate 
 Defense, of Columbia, for Petitioner.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John 
 W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant 
 Attorney General Douglas Leadbitter, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Petitioner seeks a writ of certiorari from an order of 
 the circuit court denying his application for post-conviction relief (PCR) and 
 finding petitioner is entitled to a belated appeal pursuant to White v. State, 
 263 S.C. 110, 208 S.E.2d 35 (1974).
We grant the petition for a writ of certiorari and proceed 
 with a review of the direct appeal issue pursuant to Davis v. State, 
 288 S.C. 290, 342 S.E.2d 60 (1986).  
The direct appeal issue is dismissed under Rule 220(b)(1), SCACR, after a review 
 pursuant to Anders v. California, 386 U.S. 738 (1967).  Counsels motion 
 to be relieved is granted.
 AFFIRMED.
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., 
 concur.